AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DEANGELO MITCHELL,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:10-CV-00349-LRH-VPC**

DWIGHT NEVEN,

      Respondent.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this petition for writ of habeas corpus is DISMISSED without prejudice as an unauthorized second or successive petition.


  07/14/2010                                    **LANCE S. WILSON**
                                                                  Clerk

                                                               /s/ P. McDonald
                                                               Deputy Clerk